## Offender Status Sheet

Date: 09/07/2005

| SBI #: | 00256265 | Name: | KEVIN L DICKENS | | |
|---|---|---|---|---|---|
| Location(s): | DCC | Level(s): 5 | Race: BLACK | DOB: | 06/28/1963 |
| AKA: | KEVIN L DICKENS; KEVIN DICKENS | | | | |
| Offender Type: | Sentenced | | Officer(s): | | |

### Level: 5

Start Date: 01/07/2002   MED: 02/04/2006   STRD: 09/22/2005   ADJ: 10/22/2005   PED:    Statutory Days Earned: 105.00

| CASE#/ Court/ Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010003055 U8 | IK01010175 James T Vaughn | ASSAULT ST OFFI STANDARD 03/27/2002 | Current 01/07/2002 | 4 | 0 | 0 | 01/07/2002 | 01/06/2006 | 05/13/2005 | 05/13/2005 | |
| 0010003055 U8 | IK01010179 James T Vaughn | RESIST ARREST STANDARD 03/27/2002 | Current 01/07/2002 | 0 | 0 | 30 | 01/06/2006 | 02/04/2006 | 09/22/2005 | 10/22/2005 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IK01010175 | 5 | CRT1 | Other Conditions: | AS TO 01-01-0175: SENTENCED TO 8 YEARS LEVEL 5 WITH CREDIT FOR 2 DAYS PREVIOUSLY SERVED, SUSPENDED AFTER SERVING 4 YEARS LEVEL 5. FOLLOWED BY 1 YEAR LEVEL 4 HALFWAY HOUSE. FOLLOWED BY 1 YEAR LEVEL 3. FOLLOWED BY 18 MONTHS LEVEL 2. HOLD AT LEVEL 5 UNTIL SPACE IS AVAILABLE AT LEVEL 4 HALFWAY HOUSE. EFFECTIVE DATE OF THIS SENTENCE BACKED UP FROM 1/09/02 TO 1/7/02 TO REFLECT 2 DAYS CREDIT. DH |
| IK01010179 | 5 | CRT1 | Other Conditions: | AS TO 01-01-0179: SENTENCED TO 1 YEAR LEVEL 5, SUSPENDED AFTER SERVING 30 DAYS LEVEL 5. FOLLOWED BY 6 MONTHS LEVEL 1. DH<br><br>** AS TO DR-1018613 MEMO: INMATE IS TO LOSE 30 DAYS OF GOODTIME. INMATE HAS 0 MERITORIOUS GOODTIME CREDITS, THERFORE MUST TAKE FROM STATUTORY GOODTIME CREDIT. NEW STRD = 10/22/05 DH |

EXHIBIT A