STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF PRISONS
245 McKEE ROAD
DOVER, DE 19904

OFFICE OF THE BUREAU CHIEF

## MEMORANDUM

TO: Chairman, Major Adjustment Board

RE: Loss Of Good Time

INMATE: DICKENS, Kevin

CASE NUMBER: DR 1018613

CHARGE(S): Disorderly/Threatening Behavior, Assault

HEARING DATE: 6/30/05

NO. DAYS LOST: Thirty (30)

APPEALED: Automatic          NOT APPEALED:

I agree with the decision of the hearing officer that the above inmate is guilty as charged and that the sanction be carried out.

For The Commissioner

EXHIBIT B

_____  8/30/05
Paul W. Howard, Chief      Date
Bureau Of Prisons

PWH/aw

Xc:  Warden
     Records
     Board of Parole
     File