IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN L. DICKENS,             :
                              :
    Plaintiff,               :
                              :
  v.                          :   Civil Action No. 04-201-JJF
                              :
COMMISSIONER STAN TAYLOR, et  :
al.,                          :
                              :
    Defendants.              :

### O R D E R

WHEREAS, Defendant has filed a Motion For Temporary Restraining Order With Or Without Notice And For Preliminary Injunction (D.I. 17) without service of the Complaint being made upon all the Defendants in this action;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Temporary Restraining Order With Or Without Notice And For Preliminary Injunction (D.I. 17) is DENIED WITH LEAVE TO RENEW once the Defendants have been served with the Complaint and a Return of Service has been filed with the Clerk of the Court.

10/3/05
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE