# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Kevin L. Dickens, #256265
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



FILED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN RE: Kevin L. Dickens v. Stan Taylor, et al. 04-201 JJF

Dear Clerk:

Please find enclosed an amended complaint copy pursuant to Court's Order dated August 22, 2005. Previously, there were three copies of complaint sent to court in original filing in April, 2004. If the Court has those, they should also be sent to parties at Court's discretion.

In addition, because of the long delay in this case due to dismissal and reinstatement, I have asked the Court to grant me a copy of docket sheet and your office to provide me with all parties that U.S. Marshall Forms have been provided for. Although I believe that all defendants have been served with U.S. Marshall Forms, there may be a few omissions due to Court's earlier dismissal.

Sincerely,
Kevin L. Dickens

December 19, 2005
Dated



From: Kevin F. Dickens
[Delaware Correctional Center]

Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

LEGAL MAIL