To: Peter Dalleo, Clerk

01/16/06

From: Kevin L. Dickens, #256265
DCC - SHU 18DU2
Smyrna, DE 19977

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In Re: USM-285 Marshall Forms
04-201-JJF

Dear Mr. Dalleo:

    I have included this letter to you with 26 USM-285 Marshall Forms. I was perplexed that Court docket sheet failed to input them earlier, as I am certain that your Office should have received them. On both brown envelopes, I made notation that one brown envelope was #1 of 2, and the other was #2 of 2. So, I fail to see how second envelope could have shown up without first one. I hope that these forms complete the Marshall Form process.

    Secondly, some procedures in your Office have disturbed me and may have compromised the integrity of the Court. I noticed that the docket sheet contains the name Richard Eugene Seifert. This defendant's middle name was not known to Plaintiff, so I am pondering how your office came to know this defendant's middle name. Does someone in your Office know this defendant personally?

    Also, I find it unsettling that prisoner-plaintiffs are required to request USM-285 Marshall Forms from prison law librarian instead of your Office as other Plaintiffs do. Not only does this give the prisoner-defendants a "one-up" by putting them on notice that they are being sued, it creates an institutional spy network that is proba-

bly the cause of sabotage to previous Marshall Forms.

Finally, it was brought to my attention, that our prison law librarian called your Office to inquire about the number of outstanding Marshall Forms. This prison law librarian also happens to be a defendant in this prison case. I know of no other instance where Defendants are permitted to inquire into Plaintiff's cases <u>before being served with complaint</u>. I trust that you and the Court will re-examine these policies of <u>ex parte</u> communications and/or personal contacts that may jeopardize the fairness and integrity of case.

Sincerely,
Kevin L. Dickens



I/M Kevin L. Dickens
SBI# 256265   UNIT SHU 18 DU 2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of
United State
844 N. Kin,
Wilmington,

LEGAL
MAIL