June 25, 2006

Kevin L. Dickens, #256265
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Dickens v. Taylor, et al.
Civ. Act. No. 04-201-JJF



Dear Judge ~~Joseph~~ Farnan Jr:

    Pursuant to the Court's Order dated March 7, 2006, I have completed and returned the outstanding "U.S. Marshal-285" forms in this case, save one. There was never a Ms. Hard named as defendant in this case. This was a clerical error for Ms. Havel made by the Office of the Clerk of the Court.

    As I understand the Court's Order, I have also returned <u>one copy</u> of the Amended Complaint that was submitted on December 21, 2005. With respect to the Amended Complaint being virtually identical to the original complaint, I have asked the Clerk to return both the original complaint copy and the amended complaint copy to be returned to me. If they are in fact virtually identical, then I may withdraw motion to amend.

    I apologize for any confusion caused by motion.

Sincerely,
Kevin L. Dickens