June 25, 2006

Kevin L. Dickens, #256265
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



RE: Dickens v. Taylor, et al.
    Civ. Act. No. 04-201-JJF

Dear Peter Dalleo:

　　Please find enclosed both the outstanding "US-285" Marshall forms along with one copy of the amended complaint. As I believe that I have already informed your office that there is no Ms. Hard named as a defendant in this case. This was a clerical error for Ms. Jill Havel.

　　I am also requesting a copy of the original complaint and the amended complaint in order to compare them. It may be that I prematurely filed motion to amend and may withdraw it if they are in fact virtually identical as the Court's Order of March 7, 2006 stated.

　　I apologize for any confusion caused by motion and I trust that your office will speedily ~~sends~~ complaint and US-285 forms to Marshall's Office for quick process for this case that is now over two years old.

　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　Kevin L. Dickens