July 04, 2006

To: Peter Dalleo, Clerk

From: Kevin L. Dickens, #256265
SHU 18 DU5

FILED

JUL 1 2 2006

IN RE: Amended Complaint
Dickens v. Taylor, et al. 04-201 JJF  BD scanned

Dear Mr. Dalleo:

I have sent this copy of Amended Complaint in addition to the one that I sent last week with US-285 Marshall Forms. I also asked for a copy of original complaint and one copy of amended complaint in order to compare whether they are virtually identical as the court's order of March 7, 2006, stated. If they are virtually identical as the court's order states, then I may withdraw Motion to Amend.

Also, as stated previously, there is no Ms. Hard. This was a typographical error for Ms. Havel. Therefore, there was no US-285 Form for Ms. Hard, only Ms. Havel.

I have also sent this copy because there is some doubt whether prison mailroom officers mailed amended complaint copy last week. I will be contesting any claim of non-receipt of amended complaint.

Sincerely,
Kevin L. Dickens