IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 04-201-JJF |
| COMMISSIONER STAN TAYLOR, et al., | : |
|     Defendants. | : |

**ORDER**

    Plaintiff filed his original complaint on April 1, 2004. (D.I. 2.) On December 21, 2005, Plaintiff filed a motion to amend the complaint on the basis that the file copy of his original complaint had been destroyed (D.I. 2, 20.) The proposed amended complaint was virtually identical to the original complaint, the motion to amend was granted, and the amended complaint filed. (D.I. 20, 21, 24.) The amended complaint was signed by Plaintiff on December 19, 2005, and is found at D.I. 21.

    On June 28, 2006, Plaintiff filed a proposed amended complaint. (D.I. 27.) He explained in a letter to the Clerk's Office that it may have been prematurely filed, and indicated that it might be withdrawn if it was identical to the previously filed amended complaint. (D.I. 25, 26, 27.) This newly proposed amended complaint was signed by Plaintiff on March 4, 2004, and is found at D.I. 27. It too, is virtually identical to the

original complaint.

Recently, on July 12, 2006, Plaintiff filed yet another proposed amended complaint. (D.I. 28.) It too, contains similar allegations and the same defendants as found in the other complaints. Again, Plaintiff indicates that he may withdraw his motion to amend.

It appears from Plaintiff's filings he is troubled by the Court's determination that the allegations in the amended complaint (D.I. 21) are virtually identical to those in original complaint (D.I. 2) and wishes to review the documents himself.

THEREFORE, at Wilmington this 18 day of July, 2006, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall make photocopies of the complaint and amended complaints found at D.I. 2, 21, 27, and 28, and along with a copy of this order, mail them to Plaintiff.

2. After Plaintiff has reviewed the complaint and amended complaints he shall advise the Court, by no later than **August 4, 2006,** if he wishes the case to proceed with the original complaint - D.I. 2; the amended complaint - D.I. 21; the first amended complaint - D.I. 27; or the proposed amended complaint - D.I. 28.

3. Alternatively, Plaintiff is given leave to file a new amended complaint by no later than **August 4, 2006**.

4. Plaintiff is placed on notice that if he does not

respond to this order by August 4, 2006, then the case will proceed on the amended complaint found at D.I. 21.

                                                */s/ Joseph J. Farnan, Jr.*
                                            UNITED STATES DISTRICT JUDGE