July 27, 2006

The Honorable Judge Joseph Farnan Jr.
800 North King Street
Wilmington, DE 19801

RE: Dickens v. Stan Taylor, et. al.
     04-201  (JJF)

Dear Judge Farnan:

I am in receipt of your Order dated July 17, 2006. After consideration of the original and amended complaints, (D.I. 2, 20, 21, 24), I have decided to proceed with the original complaint.

As stated previously, the amended complaints were filed due to loss of original complaint. However, it seems that I was able to recover virtually the entire complaint from the rough draft of copy and indeed, as the Court noted, they are virtually identical. For that reason, I withdraw the motions for amended complaint(s). I apologize for any confusion caused by said motion.

I also note that there was no request for additional copies. If the Court needs additional copies of the original, please inform me immediately. I trust that all documents and US-285 Marshall forms are now in order,

Sincerely,
Kevin L. Dickens


FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

IM Kevin L. Dickens
SBI# 256265 UNIT SHU 18△u5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUL 2006 PM 2 T

U.S.R
A.M

Attn: Peter Dalleo, Clerk
U.S. District Court
Lockbox 18
844 North King Street
Wilmington, DE 19801

LEGAL MAIL