IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kevin L. Dickens,
    Plaintiff

v.

Commissioner Stan Taylor, Bureau Chief Paul Howard, Richard Eugene Seifert, Anthony Rendina, IBCC, John Ryan, Mike Little, Joe Hudson, Ms. Havel, Cpl. Oney, Warden Tom Carroll, Dep. Warden Betty Burris, Dep. Warden McGuigan, Major Cunningham, Capt. Sagers, Capt. Belanger, Staff Lt. Bernie Williams, Staff Lt. Burton, Lt. Savage, IPC Lise Merson, Sgt. Evans, Sgt. Moran, C/O Harris, Sgt. Tyson, C/O Neal, QRT①, Lt. Stanton, QRT②, C/O Gardels, Lt. Harvey, Lt. Secord, Lt. Welcome, C/O Rainey, Jayme Jackson, Lt. Porter, Cpl. Kromka, Counselor Kromka, Kramer, Zunda, Brian Engram, Ron Drake, Major Holman, First Correctional Medical, Dr. Arronburf, Nurse Brenda Holwerda, Nurse Courtney Doe, Nurse Cindy Doe, Medical Director, Delaware Center for Justice, Shakeerah Halkal, Camille Pringle, Littleton Mitchell, and Frank Scarpetti,
    Defendants

Civil Action No. 04-201-JJF

FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR RELIEF FROM ORDER/RECONSIDERATION.

(2)

COMES NOW, Plaintiff, Kevin L. Dickens, pursuant to Rule 60 of Fed. R. Civ. Proc., does hereby request that this Honorable Court grant him Motion for Relief from Order/Reconsideration from the Court's Order dated November 3, 2006, in the matter Dickens v. Taylor, et al. Civ. Act. No. 04-201-JJF. Plaintiff has also submitted a Memorandum of Law in response to Court's Memorandum Opinion in support of his request for relief. In sum:

1. Plaintiff does not object to Defendants Lt. Porter, Joe Hudson, Ms. Havel, and Counselor Kromka being DISMISSED from the lawsuit for lack of personal involvement.

2. The Court has assumed that c/o Jackson is c/o Jayme Jackson. This is in error. There is no c/o Jayme Jackson. Jayme Jackson is a Counselor, who presides over the IBCC. However, because c/o Jackson still has personal involvement in the case as part of QRT① excessive force claim, Plaintiff will not make any amendment or correction to caption or defendants.

3. Plaintiff requests that the Court reduce the number of copies of Complaint due to Plaintiff's pauper status to a reasonable number, no more than three, which is the number of attorneys representing defendants.

4. Plaintiff argues that all other Defendants previously DISMISSED in Court's November 3 Order and Memorandum Opinion be REINSTATED due to Court's misreading or misinterpretation of Plaintiff's claims. Those Defendants are Richard Seifert, Anthony Rendina, IBCC, John Ryan, Mike Little, Staff Lt. Bernie Williams, Staff Lt. Burton, Lt. Savage, Lise Merson, QRT①, QRT②, Lt. Welcome, Jayme Jackson, Counselor Kramer, Zanda, Delaware Center for Justice, Shakeerah Haikal, Camille Pringle, Littleton Mitchell, and Frank Scarpetti. The claims and reasons for REINSTATEMENT are supported in Plaintiff's Memorandum of Law.

(3)

FOR THE FOREGOING REASONS, Plaintiff requests that this Court grant his MOTION FOR RELIEF FROM ORDER/RECONSIDERATION and REINSTATE all Defendants previously dismissed in Paragraph 4 above.

*Kevin L. Dickens*
Kevin L. Dickens, Pro Se
DCC - SHU 18CU5
Smyrna, DE 19977

December 3, 2006
Dated