Reply To: Kevin L. Dickens, #256265
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

12/21/06

In Re: Dickens v. Taylor, et al.
04-201 JJF

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Dear Mr. Dalleo:

I am in receipt of the Clerk's Docketing of my Motion for Relief from Order/Reconsideration that the Court received last week. However, I have a problem with the Clerk's classifications of the other two documents that were mailed to Court.

First, I submitted a Memorandum of Law in response to the Court's Memorandum Opinion submitted in support of Court's Order dated November 3, 2006. This Memorandum of Law, construed liberally, is in support of my Motion for Relief from Order/Reconsideration, in the same manner that the Court's Memorandum Opinion is in support of Court's Order.

For some reason, your Office construed the Memorandum of Law as an Opening Brief and asked for an Answer/Response by 01/02/07. This is an error because as of this date, there has never been a "Notice of Lawsuit" sent to Respondents or Defendants by Marshall. Therefore, it is not proper to label a document as an Opening Brief when it is addressed specifically to the Court, and not to Respondents or Defendants. Please send this letter to Court and make the appropriate amendments.

Second, the Clerk's Office labelled the letter to the Court as a letter to the Clerk of Court regarding the Motion for Relief/Reconsideration. The letter was directed to the Court

regarding a complaint about staff integrity in your office. I further asked that it be classified as a formal complaint. Whether it is proper to review and make a decision about your office's ethics and integrity should cause concern. Personal communication or ex parte communication with government officials who are Defendants in a pending lawsuit before official notification of lawsuit should raise alarm and cause litigants to question the Clerk's impartiality. I trust that my complaint will be addressed with diligence and honesty for the reasons given. Hopefully, the result will create a more professional, ethical office with respect to prison official communication that jeopardizes a pending lawsuit.

Sincerely,
Kevin L. Dickens

I/M Kevin L. Dickens

SBI# 256265   UNIT SHU 18CU4

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$00.390   DEC 22 2006
MAILED FROM ZIP CODE 19977

LEGAL MAIL

Office of the Clerk
U.S. District Court
844 N. King St., Lock box 18
Wilmington, DE 19801-3570



RECEIVED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE