February 20, 2007

To: Peter Dalleo, Clerk

From: Kevin L. Dickens, #256265
SHU 17BL5

FILED
FEB 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN RE: Clerk's Response to Previous Correspondence
Dickens v. Taylor, et al., 04-201 JJF

Dear Mr. Dalleo:

Please find enclosed three copies of complaint pursuant to the Court's Order dated November 3, 2006. Even though I previously sent motion to reduce number of copies due to my forma pauperis status (3rd time), I have not received a response from the Court. In the previous two times, the Court amended the Order to one copy with the original complaint. I have sent two copies and a copy of the Court's original. I trust that this will suffice.

I have not received a response from your Office concerning my formal complaint concerning staff integrity of your office having ex parte communication and sending orders and documents to DCC SHU Law Librarian Brian Engrem that may have jeopardized the case before defendant parties have been served. I await your response within ten days. I trust that this is not something that the Third Circuit of Appeals needs to get involved with in the form of mandamus.

I also requested that Motion for Reconsideration and Amendment of Order not be erroneously labelled as an Opening Brief when Defendant parties have not been served. This

motion should have already been decided by the Court if it had not been misconstrued.

Finally, I noticed that the complaint was not filed until April 1, 2004, even though the date sent was March 4, 2004. I also did not see a photocopy of the envelope that your Office usually attaches with receipt of mailings. It is highly improbable that it would take four weeks to receive a complaint by mail. However, because of Houston v. Lack, 487 U.S. 266, 270, 276 (1988), this should not be a problem.

I look forward to your response to all of these issues within the next ten days.

Sincerely,
Kevin L. Dickens

$02.55
FEB 22 2007
MAILED FROM ZIP CODE 19977

Kevin L. Dickens
256265 UNIT SHU17BL5
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk - Peter Dalleo
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, DE 19801

LEGAL MAIL