UNITED STATES DISTRICT COURT

To: Peter Dalleo, Clerk

03/06/07

From: Kevin L. Dickens, #256565
DCC - SHU 17 BLS
Smyrna, DE 19977

RE: Marshall Form - Cpl. Kromka
04-201 JJF Dickens v. Taylor, et al.

Dear Mr. Dalleo:

Please find enclosed the Marshall Form -285 for Defendant Cpl. Kromka. I trust and look forward to its prompt processing.

Sincerely,
Kevin L. Dickens

FILED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned



I/M Kevin L. Dickens
SBI# 256266  UNIT SHU 17BL5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

$ 00.63
MAR 10 2007
MAILED FROM ZIP CODE 19977

U.S. District Court
Attn: Peter Dalleo, Clerk
844 N. King Street, Lockbox 18
Wilmington, DE 19801