IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN L. DICKENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-201-JJF |
| | ) | |
| COMMISSIONER STAN TAYLOR, et al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## SUGGESTION OF DEATH UPON THE RECORD
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25

COMES NOW, the undersigned counsel and suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of defendant Lawrence McGuigan on September 8, 2006, prior to service. A redacted copy of Defendant McGuigan's death certificate is attached hereto.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants

Date: May 14, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed *Suggestion of Death* with the Clerk of Court using CM/ECF. I hereby certify that on May 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Kevin L. Dickens.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us