# ATTACHMENT

# CERTIFICATE OF DEATH
## State of Delaware   (107) 005013

**OFFICE OF VITAL STATISTICS**
**DEPARTMENT OF HEALTH AND SOCIAL SERVICES**

**DECEDENT**

1. DECEDENT'S NAME: LAWRENCE A. MC GUIGAN
2. SEX: MALE
3. DATE OF DEATH: SEPTEMBER 18, 2006
5A. AGE: 50

PLACE OF DEATH: HOSPITAL — OUTPATIENT
FACILITY NAME: CHRISTIANA CARE HEALTH SERVICES — CHRISTIANA HOSPITAL
CITY: NEWARK
COUNTY: N.C.

USUAL OCCUPATION: WARDEN
KIND OF BUSINESS: DEPT. OF CORRECTIONS

RESIDENCE — STATE: DELAWARE
INSIDE CITY LIMITS: NO
ZIP CODE: 19805

HISPANIC ORIGIN: NO
RACE: WHITE
EDUCATION (COLLEGE): 1

**DEPOSITION**

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: FAMILY CREMATION SERVICES
LOCATION: WILMINGTON, DE

FUNERAL HOME: MEALEY FUNERAL HOMES, PO BOX 2866, WILMINGTON, DE 19805
CHARLES F. MEALEY JR.

DATE FILED: SEP 22 2006

**PRONOUNCING OFFICIAL**

27. TIME OF DEATH: 0602
28. DATE PRONOUNCED DEAD: 9/18/06
29. WAS CASE REFERRED TO MEDICAL EXAMINER: YES

**CERTIFIER**

ASSISTANT MEDICAL EXAMINER
DATE: SEPTEMBER 19, 2006

31. NAME AND ADDRESS OF CERTIFIER: JENNIE VERSHVOVSKY, M.D., 200 SOUTH ADAMS STREET, WILMINGTON, DE 19801

32. WAS AN AUTOPSY PERFORMED: YES
33. MANNER OF DEATH: NATURAL
WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH: YES

46. PART I. IMMEDIATE CAUSE: (a) ATHEROSCLEROTIC CARDIOVASCULAR DISEASE

(1) ORIGINAL COPY—STATE