IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KEVIN L. DICKENS                    :
                                    :
          Plaintiff,                :
                                    :
     v.                             : Civil Action No. 04-201-JJF
                                    :
COMMISSIONER STAN TAYLOR,           :
ET AL.,                             :
                                    :
          Defendants.               :

## ORDER

WHEREAS, on May 14, 2007, Defendants filed a Suggestion Of

Death Pursuant To Federal Rule Of Civil Procedure 25(a)(2) with

respect to Defendant Lawrence A. McGuigan (D.I. 69);

WHEREAS, more than ninety days have elapsed following the

suggestion of death without a motion for substitution pursuant to

Fed. R. Civ. P. 25(a)(1);

NOW THEREFORE, IT IS HEREBY ORDERED that the action is

**DISMISSED** as to Defendant Lawrence A. McGuigan.

August 15, 2007

_____
UNITED STATES DISTRICT JUDGE