# EXHIBIT
# A -1 through A-10

| Incident# | | | | |
|---|---|---|---|---|
| 1044155 | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | | | Date: 12/06/2007 |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 07/25/2007 | Time: 20:40 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center

**Followup Required:** No

**Associated Disciplinary Report #(s)** 1033496

**Incident Location:** Bldg.18 C Tier

**Location Description:** Bldg. 18 C Tier C-U5

**Violated Conditions:** 1.02/200.201 Assault
1.06/200.203 Disorderly or Threatening Behavior
1.18/200.218 Possession of Dangerous Contraband
2.03/200.106 Creating a Health, Safety or Fire Hazard
2.05 Disrespect
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On the above date and approximate time, I C/O Lingenfelter was on the top of C Tier handing out laundry at Cell C U6 when I/M Dickens, Kevin SBI # 00256265 threw a mixture of hot urine, feces and water through the space at the back of his cell door (C U5), hitting C/O Lingenfelter on the left arm, shoulder and back.
I C/O Lingenfelter notified Bldg. Sgt. Newman and area Lt. Forbes and was seen by Walpole, Lorraine RN

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Kevin, Lingenfelter D | No | Burn To Left Arm |

| Evidence Type: N/A | | Date Collected: N/A |
|---|---|---|
| Discovered By: N/A | Secured By: N/A | |

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE

**Restraints Used:** N/A

**Immediate Action Taken:**
Notified Bldg. Sgt. Newman and area LT. Forbes

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Kevin, Lingenfelter D | N/A | Correctional Officer |
| Inmate | Kevin, Dickens L | 00256265 | N/A |

**Reporting Officer:** Lingenfelter, Kevin D (Correctional Officer)      **Entered By:** Lingenfelter, Kevin D (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved    **Date:** 07/25/2007    **Approved by:** Forbes, Peter (Staff Lt./Lt)

**Comments:** N/A

A-1

Incident# 1044156

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 12/06/2007

# INCIDENT REPORT

| Group#: N/A | Type: QRT Escort | Incident Date: 07/25/2007 | Time: 20:50 | Confidential: No |
|---|---|---|---|---|

Facility: DCC Delaware Correctional Center

Followup Required: No

Incident Location: Bldg.18 C Tier
Location Description: Cell upper 5

Violated Conditions:

Description of Incident:

While working in bldg 18 I S/Sgt Jason Newman was ordered by Lt Forbes to muster for QRT. The team consisted of my self c/o Wright c/o Silva, c/o Cole, and c/o Hedges. The team was to report to 18 C tier cell upper 5. Once there and in the stand by position Lt Forbes and Capt McCreanor ordered im Dickens, Kevin 00256265 to back up to the door to be cuffed. Im Dickens three direct orders and Capt McCreanor opened the cell flap and im Dickens threw hot water onto Capt McCreanor, Lt Forbes, and myself. Im dickens was sprayed with capstun and the flap was secured. Im Dickens still refused to cuff up and the team was ordered to fire. I went to open the cell door and it was jammed only open about half way. At this point im Dickens rushed the door and threw more hot water at me hitting the shield. C/o Wright made his way into the cell while I was able to open the door all the way for the rest of the team. I secured im Dickens' arms and he was cuffed and shackled with little resistance. Im Dickens was moved by the team to cell lower 1 on c tier. The team was then ordered by unit 7 to place im Dickens in the observation room in 18 and placed in 24 hour restraints. This was done by the qrt and without resistance from im Dickens. All officers were seen by medical. I suffered a scrap on my left forearm. Capt McCreanor received burns on his body. Im Dickens received no injuries and was cleared for being sprayed with capstun.
EOR

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Jason, Newman | No | Scrap Left Forearm |
| Michael, Mccreanor | No | Scrap Left Foprearm |

Evidence Type: N/A
Discovered By: N/A

Date Collected: N/A
Secured By: N/A

Type of Force Used [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [X] NONE

Restraints Used: N/A

Immediate Action Taken:
Secured im Dickens and placed in lower 1 then observation room in 18

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Michael, Mccreanor | N/A | Shift Commander - Large Inst. |
| Staff | Peter, Forbes | N/A | Staff Lt./Lt |
| Staff | Kenneth, Hedges E | N/A | Correctional Officer |
| Staff | Adam, Cole W | N/A | Correctional Officer |
| Staff | Romeo, Silva J | N/A | Correctional Officer |
| Staff | Walter, Wright H Jr | N/A | Correctional Officer |
| Staff | Jason, Newman | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Kevin, Dickens L | 00256265 | N/A |

Reporting Officer: Newman, Jason (Co Corporal/Sgt. - Large Inst.)
Entered By: Newman, Jason (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved [ ] Disapproved   Date: 07/26/2007   Approved by: Forbes, Peter  (Staff Lt./Lt)
Comments: N/A

A2

| Incident# | | |
|---|---|---|
| 1044162 | | Date: 12/06/2007 |

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

## INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 07/25/2007  **Time:** 21:15  **Confidential:** No

**Facility:** DCC Delaware Correctional Center  **Followup Required:** No
**Incident Location:** Bldg.18 C Tier
**Location Description:** SHU18-CU-5
**Violated Conditions:** 1.02/200.201 Assault
1.04/200.209 Damage or Destruction of Property (Over $10)
1.06/200.203 Disorderly or Threatening Behavior
1.18/200.218 Possession of Dangerous Contraband
2.03/200.106 Creating a Health, Safety or Fire Hazard
2.05 Disrespect
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On the above date and time I was notified that I/M DICKENS, Kevin had thrown a mixture of hot urine and feces on C/O LINGENFELTER, Kevin. At that time the Shift Commander was notified and a QRT was ordered to muster. Upon arrival the team proceeded to 18CU-5. I Lt. Forbes three times ordered I/M Dickens to turn around and put his hands behind his back to be handcuffed and each time he refused. He was then order to back away from the cell door and he refused. At that point Capt. McCreanor gave the order to spray CAPSTUN in to the cell. Once the food flap was open I/M Dickens threw hot water and detergent through the flap onto lt. Forbes and Capt. McCreanor burning him (McCreanor the left arm and about the abdominal area. At that point the QRT was able to get through the cell door that was partially blocked. I/M dickens was secured and placed in 18CL-1. Capt. McCreanor then after conferring with Deputy Warden ordered I/M Dickens, Kevin into 24 Hours Restraints and placed in SHU-18 Observation Room.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [X] NONE
**Restraints Used:** N/A
**Immediate Action Taken:**
notified Shift Commander, mustered QRT.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Walter, Wright H Jr | N/A | Correctional Officer |
| Staff | Adam, Cole W | N/A | Correctional Officer |
| Staff | Romeo, Silva J | N/A | Correctional Officer |
| Staff | Kenneth, Hedges E | N/A | Correctional Officer |
| Staff | Jason, Newman | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Peter, Forbes | N/A | Staff Lt./Lt |
| Staff | Michael, Mccreanor | N/A | Shift Commander - Large Inst. |
| Inmate | Kevin, Dickens L | 00256265 | N/A |

**Reporting Officer:** Forbes, Peter (Staff Lt./Lt)  **Entered By:** Forbes, Peter (Staff Lt./Lt)

### Approval Information

[X] Approved [ ] Disapproved  **Date:** 07/25/2007  **Approved by:** Cessna, Christopher (Staff Lt./Lt)
**Comments:** MAB

A-3

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 07/25/2007 | Time: 21:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center  
**Followup Required:** No

**Associated Disciplinary Report #(s)** 1033500

**Incident Location:** Bldg.18 C Tier

**Location Description:** SHU 18 CU 5

**Violated Conditions:**
- 1.02/200.201 Assault
- 1.06/200.203 Disorderly or Threatening Behavior
- 1.18/200.218 Possession of Dangerous Contraband
- 2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**

On Wendesday, July 25, 2007 at approximately 2050 hours I, Capt. Michael McCreanor, was informed by Lt. Peter Forbes, Unit 47, that I/M Kevin Dickens had thrown a liquid mixture, believed to be feces and urine on C/O Kevin Lingenfeldt. I was also informed that I/M Dickens was upset because he had not received his newspaper and had earlier communicated threats of violence against staff as retribution. I ordered Lt. Forbes to muster the QRT and informed him I/M Dickens was to be transferred to SHU Isolation. I then reported to SHU 18. I along with Lt. Forbes and QRT made our way to Building 18, CU 5 and Lt. Forbes gave I/M Dickens 3 direct orders to back up to the door to be cuffed. I/M Dickens refused to comply. It was then decided that capstun was needed. The plan was to lower the food flap so Lt. Forbes could spray into the cell. Since I was there I told Lt. Forbes that I would lower the flap and when I did he was to use capstun. I stood to the right of the food flap expecting I/M Dickens to try and throw something at either Lt. Forbes or myself. Once the flap was opened I/M Dickens extended his arm through the flap and threw a scalding hot mixture in my direction. Lt. Forbes used his capstun to spray I/M Dickens. The liquid landed on my left forearm and the left side of my stomach. The liquid caused first degree burns. The order was given for the QRT to fire. The cell door was partially blocked and had to be forced open past the half way point. The team entered CU 5, wrestled with the inmate, and restraints were applied. Once this was accomplished I made the notifications to D/W Burris, On Call Person, D/W Pierce, Maj. Scarborough, Warden Carroll, and Investigator Ed McGee. A cell search was conducted and 1 stinger, 1 soap ball, 2 halves of an Ibuprofen tablet, and a ball point pen was recovered from I/M Dickens' cell. I and Officer Lingenfeldt then reported to Kent General Hospital for treatment.

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

| Evidence Type: N/A | | Date Collected: N/A |
|---|---|---|
| Discovered By: N/A | Secured By: N/A | |

**Type of Force Used** [ ] PHYSICAL [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [X] NONE

**Restraints Used** : N/A

**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Peter, Forbes | N/A | Staff Lt./Lt |
| Staff | Kevin, Lingenfelter D | N/A | Correctional Officer |
| Staff | Michael, Mccreanor | N/A | Shift Commander - Large Inst. |
| Inmate | Kevin, Dickens L | 00256265 | N/A |

**Reporting Officer:** Mccreanor, Michael (Shift Commander - Large Inst.)  
**Entered By:** Mccreanor, Michael (Shift Commander - Large Inst.)

### Approval Information

[X] Approved [ ] Disapproved **Date:** 07/26/2007 **Approved by:** Stevenson, Mathew (Staff Lt./Lt)

**Comments:** I/M placed in 24 hr restraints in Bldg 18 observation room

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1   **Housing Unit** Bldg 18   **IR#:** 1044238

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00256265 | Dickens, Kevin L | DCC | Bldg.18 C Tier | 07/27/2007 | 17:40 |

**Violations:** 1.02/200.201 Assault, 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.05 Disrespect

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approximate Time I/M Kevin Dickens Sbi#00256265 Assulted Myself C/O Clark Jordan, During The Collection Of Chow Plates On C-Tier. I/M Dickens Tossed A White Foam Cup Received During Chow, Full Of Hot Water Mixed With His Urine, And Feces. Sgt. Kolowale Akinbayo Was In The Process Of Collecting The Paper Chow Plate At C-L-1 Cell Flap, And Upon C/O Jordan Pushing The Food Cart Pass C-L-1, I/M Dickens Threw The Above Mention Concoction On Me, On Both Rear Legs On My Person.

**Reporting Officer:** Jordan, Clark (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Jordan, Clark -Correctional Officer

Doc Issued Pants For Staff Co Jordan Secured As Evidence, Stool Sample Thrown On Staff Collected And All Extra Cups Removed From Cell

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No
**Reason:** N/A

**Disposition Of Evidence:** Secured As Evidence For The Shift Commander And Forwarded To Ia

### Approval Information

**Approved:** [x]   **Disapproved:** [ ]   **Approved By:** Dejesus, Orlando (Staff Lt./Lt)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 07/27/2007   **Time:** 22:52   **Received From:** Dejesus, Orlando

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an Immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Dejesus, Orlando (Staff Lt./Lt)

I have received a copy of this notice on DATE:_____ TIME:_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** Dejesus, Orlando       **Offender:** Dickens, Kevin L

Page 1 of 1

A-5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-201-JJF |
| | ) |
| COMMISSIONER STAN TAYLOR, | ) JURY TRIAL REQUESTED |
| et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF FRANK KROMKA

I, Frank Kromka having been duly sworn according to the law do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction ("DOC") at the Delaware Correctional Center ("DCC") Smyrna, Delaware. Since July, 2000, I have been in charge of the DCC's inmate property room.

2. On July 26, 2007, the property room was in receipt of Plaintiff Kevin Dickens ("Plaintiff") property due to his transfer to isolation the previous day. I instructed property room Officer McLaughlin ("McLaughlin") to process the Plaintiff's property for delivery to him when he was permitted to receive it. Shortly thereafter, McLaughlin called me over and informed me that Plaintiff's property was saturated in urine and covered with feces. As I approached Plaintiff's property I experienced a strong foul odor and discovered, as McLaughlin had, that Plaintiff's property was contaminated with urine and feces. I then instructed McLaughlin to place all of Plaintiff's property in plastic bags until I spoke with my supervisor, Staff/Lt. Dotson. ("Dotson")

3. Around noon on the same day, July 26th, I contacted Dotson who said that

A·6

he would speak with the Deputy Warden on how to proceed with the Plaintiff's property. On July 27th, McLaughlin informed me by e-mail that Dotson requested the property room to sort through Plaintiff's property, remove any property that was stained with urine and/or feces, photograph it and then dispose of it due to health and safety concerns. I subsequently contacted Dotson to verify his directive. Having confirmed Dotson's directive, Officer Roger Raney and I removed all property deemed urine/feces covered, photographed it and disposed of said items. Plaintiff's property which was urine/feces free was separated and prepared for shipment to the Plaintiff.

4. In addition to his legal materials and miscellaneous papers some of Plaintiff's clothing, towels, socks, t-shirts etc., also had to be disposed of due to contamination. (See Form 537-A). On August 9, 2007, the Plaintiff signed for the return of his property.

_____
Frank Kromka

SWORN AND SUBSCRIBED before me on this 17 day of December, 2007.

_____
Notary

A-7

| Incident# | DCC Delaware Correctional Center | Date: 12/06/2007 |
|---|---|---|
| 1044375 | Case 1:04-cv-00201-JJF Document 74-2 Filed 12/18/2007 Page 9 of 11 | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: FYI | Incident Date: 08/01/2007 | Time: 09:27 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No
**Incident Location:** Bldg.B Property Room
**Location Description:** Property Room
**Violated Conditions:** Other

**Description of Incident:**

On 07/26/2007 the Property Room was in receipt of inmate Dickens, Kevin #00256265 property due to his transfer to isolation. I Corporal Frank Kromka, instructed Property Room Officer Summer McLaughlin to process I/M Dickens property for delivery when he was permitted to receive it. As Officer McLaughlin was sorting through inmate Dickens property she called me over to inform me that inmate Dickens property was covered in feces and saturated in urine. As I approached inmate Dickens property I experienced a strong foul odor and discovered his property was indeed covered in feces and urine. I then instructed Officer Summer McLaughlin to place all of inmate Dickens property in plastic bags until I could speak with my supervisor, Staff Lieutenant Randall Dotson.

At approximately 1200 hours on 7/26/2007 I contacted SLT Randall Dotson and informed him of the situation and requested a directive on how to proceed. SLT Dotson stated he was going to speak with Deputy Warden David Pierce and would contact me ASAP with a directive.

On 7/27/2007 I returned to work and Officer McLaughlin informed me by way of email that SLT Dotson requested that the property room staff sort through inmate Dickens property, remove any property that was urine and/or feces covered, photograph and dispose of it. I then contacted SLT Dotson @ approximately and verified his directive. At approximately 1100 hours on 7/27/2007 I, Corporal Frank Kromka, and Property room staff Officer Roger Raney, followed SLT Dotsons directive, removed all property deemed feces/urine covered, photographed and disposed of said items. All property considered to be free of urine and feces was separated to be prepared for shipment to inmate Dickens.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A    **Date Collected:** N/A
**Discovered By:** N/A    **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A
**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|

**Reporting Officer:** Kromka, Frank (Booking/Receiving Room Officer)    **Entered By:** Kromka, Frank (Booking/Receiving Room Officer)

### Approval Information

[X] Approved  [ ] Disapproved    **Date:** 08/02/2007    **Approved by:** Dotson, Randall (Staff Lt./Lt)
**Comments:** N/A

A8

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Kevin Dickens   SBI#: 00256265
HOUSING UNIT: SHU Bldg 18   DATE: 7-25-07   TIME: 2230   Page 2 of 2

| ITEM# | ITEM | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|
| 1 | Towel | Bath White | PP | 1 | P |
| 2 | Socks | Crew - White | SP | 3 | P |
| 3 | T-Shirts | White Crew Neck | SP | 5 | P |
| 4 | Undershorts | Boxers White | SP | 6 | P |
| 5 | V-Neck Shirt | Orange | SP | 2 | P |
| 6 | Pants | Orange | SP | 1 | P |

Disposed of

RECEIVED (re-inventoried)
AUG 0 1 2007
PROPERTY ROOM

RECEIVED 1st initial inventory
JUL 26 2007

Clark Jordan                    4x12
Officer Inventorying Property Name (Print Clearly)   Shift   Officer Inventorying Property Signature

Peter S Forbes Sr.              1600/2400
Supervisor Reviewing Documentation (Print Clearly)   Shift   Supervisor Reviewing Documentation Signature

### RECORD OF TRANSFER OF PROPERTY

To Summer McVaugh   8/9/07 at 1039   by Kevin L. Dickens   within 19
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   (Unit)

_____ on _____ at _____ by _____ within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   (Unit)

_____ on _____ at _____ by _____ within _____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   (Unit)

Form 537-A (Revised 11/08/06)   **SP= State Property   **PP= Personal Property

A-9

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: KEVIN DICKENS    SBI#: 00256265
HOUSING UNIT: SHU Bldg 18    DATE: 7-25-07    TIME: 2220    Page 1 of 1

| ITEM# | ITEM | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|
| 1 | Cotton Swabs | New Day | PP | 1 | P does not CNA |
| 1 | Radio - Grey | Panasonic #INF2DB002215 | PP | 1 | P |
| 1 | Denture Adhesive | Effergrip - Tube | PP | 1 | P |
| 1 | Eye Glass Holder | Brown | PP | 1 | P |
| 1 | Lotion Cocoa Butter | Nanti | PP | 1 | P |
| 1 | Mints | Starlite | PP | 1 | P |
| 1 | Conditioner | VO5 Bottle Plastic | PP | 1 | P |
| 1 | Tooth Paste | Close-up Tube | PP | 1 | P |
| 1 | Deodorant | Dial Roll-on | PP | 1 | P |
| 1 | Hot Sauce | Keefe Louisiana Plastic | PP | 1 | P Broken |
| 1 | Eye Glasses | Brown Broken Lens + Arm | PP | 1 | P Broken |
| 1 | Head Phone BLK | Sony Broken | PP | 1 | P |
| 1 | Shower Shoes BLK | Plastic (Disposed) | PP | 1 | P |
| 1 | Noodle Soup | Ramen | PP | 5 | P |
| 1 | Bible | King James | PP | 1 | P Disposed of |
| 1 | Miscellaneous | Plastic Bag Legal Work | PP | 1 | P |
| 1 | Box Cardboard | Miscellaneous Legal Work | PP | 1 | P Disposed of |
| 1 | Plastic Bag | Miscellaneous Papers | PP | 1 | P |
| 1 | Cup | Plastic - White | PP | 1 | P |

Missing 8 Stamps
Missing 1 Oatmeal Pies

RECEIVED AUG 03 2007 PROPERTY ROOM
RECEIVED JUL 26 2007 PROPERTY ROOM  initial inventory

CLARK JORDAN    4x12 Shift    [signature]
Officer Inventorying Property Name (Print Clearly) / Officer Inventorying Property Signature

[signature]    1600/2400    [signature]
Supervisor Reviewing Documentation (Print Clearly) / Shift / Supervisor Reviewing Documentation Signature

### RECORD OF TRANSFER OF PROPERTY

Go Simmm McLaughlin on 8/9/07 at 1039 by Kevin L. Dickens within 19
(Person Transferring Property) (Date) (Time) (Person Receiving Property) (Unit)

_____ on _____ at _____ by _____ within _____
(Person Transferring Property) (Date) (Time) (Person Receiving Property) (Unit)

_____ on _____ at _____ by _____ within _____
(Person Transferring Property) (Date) (Time) (Person Receiving Property) (Unit)

Form 537-A(Revised 11/08/06)    **SP= State Property    **PP= Personal Property

A-10