04-201

Dear Mr. Dalleo:  01/18/08

Please find enclosed an administrative letter written to Chief Judge Gregory Sleet regarding removal and recusal of Judge Joseph Farnan from this case. (04-201 JJF Dickens v. Stanley Taylor, et al). Copies of this letter have also been sent to U.S. Attorney Colm Connolly, Senator Joseph Biden, and News Journal Investigative Officers. The latter party is doing an investigative series of "Disparity in Justice", of which I am a participant.

I am not aware of a federal counterpart to our State Court on the Judiciary that is part of Delaware Supreme Court. If this action requires a more formal procedure, then please inform me with the appropriate forms and guidelines. Otherwise, I expect that Chief District Judge Gregory Sleet will decide the issue.

I have also included formal Motion for Recusal of Removal of Judge Joseph Farnan and sent copy to State Defendants' Counsel. If you have any further questions concerning my intentions, please do not hesitate to write me.

Sincerely,
Kevin L. Dickens



FILED
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned