IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-201-JJF |
| | ) |
| COMMISSIONER STAN TAYLOR, | ) JURY TRIAL REQUESTED |
| et al., | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Stan Taylor, Paul Howard, Beatrice Oney, Tom Carroll, Betty Burris, Charles Cunningham, Clyde Sagers, Joseph Belanger, Bruce Burton, Jack Evans, Teddy Tyson, James Stanton, James Gardels, Paul Harvey, Thomas Seacord, Roger Raney, Jayme Jackson, Brian Engram, Ron Drake, David Holman and Frank Kromka in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| __/s/ Eileen Kelly__ | /s/ Catherine Damavandi |
| Eileen Kelly, ID#2884 | Catherine Damavandi, ID#3823 |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| Carvel State Office Bldg., | Carvel State Office Bldg., |
| 820 N. French Street, 6th Fl., | 820 N. French Street, 6th Fl., |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302)577-8400 | (302)577-8400 |

Dated: January 31, 2008

## *CERTIFICATE OF SERVICE*

      I hereby certify that on January 31, 2008, I electronically filed a *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on January 31, 2008, I have mailed by United States Postal Service, the document to the following non-registered party:

Kevin L. Dickens, Inmate  
SBI#256265  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

 

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi  
Catherine Damavandi, ID#3823  
Deputy Attorney General  
Department of Justice  
Carvel State Bldg., 6th Fl.,  
820 N. French Street  
Wilmington, DE 19801  
catherine.damavandi@state.de.us