383666/17886

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:04-CV-00201 JJF |
| v. | ) |
| | ) |
| COMMISIONER STAN TAYLOR, BUREAU | ) |
| CHIEF PAUL HOWARD, RICHARD EUGENE | ) JURY OF 12 DEMANDED |
| SEIFERT, ANTHONY REDNA, IBCC, JOHN RYAN, | ) |
| MIKE LITTLE, JOE HUDSON, MS. HAVEL, | ) |
| CPL. ONEY, WARDEN BETTY BURRIS, | ) |
| BURRIS, DEP. WARDEN MCGUIGAN, MAJOR | ) |
| CUNNIGHAM, CAPT. SAGERS, CAPT. BELANGER, | ) |
| STAFF LT. B. WILLIAMS, STAFF LT. BURTON, | ) |
| LT. SAVAGE, IGC LISE MERSON, SGT EVANS, | ) |
| SGT. MORAN, C/O SGT TYSON, C/O NEAL, QRT1. | ) |
| LT. STANTON C/O GARDELS, LT. HARVEY, LT. | ) |
| SECORD LT. WELCOME, C/O RAINEY, QRT2; | ) |
| JAYME JACKSON, LT. PORTER, CPT. KROMKA; | ) |
| COUNSELOR KROMKA, KRAMER, ZANDA BRIAN | ) |
| ENGRAM, RON, DREAKE, MAJOR HOLMAN, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| DR. ARRONBURL, NURSE BRENDA HOWERDA, | ) |
| NURSE COURTENEY DOE, NURSE CINDY DOE, | ) |
| MEDICAL DIRCTOR, DELAWARE CENTER FOR | ) |
| JUSTICE, SHAKEERAH HAIKAL, CAMILLE PRINGLE) |
| LITTLETON MITCHELL, and FRANK SCARPETTI | ) |

Defendants.

## NOTICE OF MOTION

**VIA US MAIL**
Kevin L. Dickens
SBI# 256265
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire

383666/17886

Department of Justice
820 N. French Street
Wilmington, DE, 19801

***VIA US MAIL***
Dr. Tammy Kastre
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

***VIA US MAIL***
Dr. Arronburl
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

***VIA US MAIL***
Nurse Brenda Holwerda
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

***VIA US MAIL***
Nurse Courtney Doe
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

***VIA US MAIL***
Nurse Cindy Doe
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

***VIA US MAIL***
Medical Director
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

PLEASE TAKE NOTICE that the attached Motion will be presented to the Court at the convenience of the Court.

383666/17886

**HECKLER & FRABIZIO, P.A.**

/s/Daniel L. McKenty
Daniel L. McKenty, *DE Bar No. 2689*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant

383666/17886

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:04-CV-00201 JJF |
| v. | ) |
| | ) |
| COMMISIONER STAN TAYLOR, BUREAU CHIEF PAUL HOWARD, RICHARD EUGENE SEIFERT, ANTHONY REDNA, IBCC, JOHN RYAN, MIKE LITTLE, JOE HUDSON, MS. HAVEL, CPL. ONEY, WARDEN BETTY BURRIS, BURRIS, DEP. WARDEN MCGUIGAN, MAJOR CUNNIGHAM, CAPT. SAGERS, CAPT. BELANGER, STAFF LT. B. WILLIAMS, STAFF LT. BURTON, LT. SAVAGE, IGC LISE MERSON, SGT EVANS, SGT. MORAN, C/O SGT TYSON, C/O NEAL, QRT1. LT. STANTON C/O GARDELS, LT. HARVEY, LT. SECORD LT. WELCOME, C/O RAINEY, QRT2; JAYME JACKSON, LT. PORTER, CPT. KROMKA; COUNSELOR KROMKA, KRAMER, ZANDA BRIAN ENGRAM, RON, DREAKE, MAJOR HOLMAN, FIRST CORRECTIONAL MEDICAL, DR. ARRONBURL, NURSE BRENDA HOWERDA, NURSE COURTENEY DOE, NURSE CINDY DOE, MEDICAL DIRCTOR, DELAWARE CENTER FOR JUSTICE, SHAKEERAH HAIKAL, CAMILLE PRINGLE LITTLETON MITCHELL, and FRANK SCARPETTI | ) JURY OF 12 DEMANDED |
| Defendants. | |

## RULE 7.1.1 STATEMENT

Because Plaintiff is pro se, this case is exempt from Rule 7.1.1 requirements

383666/17886

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, | ) |
| Plaintiff, | ) |
| | ) 1:04-CV-00201 JJF |
| v. | ) |
| COMMISIONER STAN TAYLOR, BUREAU CHIEF PAUL HOWARD, RICHARD EUGENE SEIFERT, ANTHONY REDNA, IBCC, JOHN RYAN, MIKE LITTLE, JOE HUDSON, MS. HAVEL, CPL. ONEY, WARDEN BETTY BURRIS, BURRIS, DEP. WARDEN MCGUIGAN, MAJOR CUNNIGHAM, CAPT. SAGERS, CAPT. BELANGER, STAFF LT. B. WILLIAMS, STAFF LT. BURTON, LT. SAVAGE, IGC LISE MERSON, SGT EVANS, SGT. MORAN, C/O SGT TYSON, C/O NEAL, QRT1. LT. STANTON C/O GARDELS, LT. HARVEY, LT. SECORD LT. WELCOME, C/O RAINEY, QRT2; JAYME JACKSON, LT. PORTER, CPT. KROMKA; COUNSELOR KROMKA, KRAMER, ZANDA BRIAN ENGRAM, RON, DREAKE, MAJOR HOLMAN, FIRST CORRECTIONAL MEDICAL, DR. ARRONBURL, NURSE BRENDA HOWERDA, NURSE COURTENEY DOE, NURSE CINDY DOE, MEDICAL DIRCTOR, DELAWARE CENTER FOR JUSTICE, SHAKEERAH HAIKAL, CAMILLE PRINGLE LITTLETON MITCHELL, and FRANK SCARPETTI | ) JURY OF 12 DEMANDED |
| Defendants. | |

### MOTION TO WITHDRAW

Pursuant to the Delaware Lawyers' Rules of Professional Conduct 1.16 (b)(5),(6), and Rule 83.7 of the Local Rules for the District of Delaware, the undersigned attorneys hereby request leave to withdraw as defense counsel for First Correctional Medical, Dr.

383666/17886

Arronburl, Nurse Brenda Holwerda, Nurse Courtney Doe, Nurse Cindy Doe, and Medical Director in the above captioned matter for the following reasons:

1. First Correctional Medical - Delaware, LLC contracted with the State of Delaware to provide health care to the Delaware Department of Correction from July 1, 2002 through June 30, 2005.

2. From July 1, 2002 through June 30, 2005, First Correctional Medical - Delaware, LLC, and its employees were insured for professional liability by Chubb Group of Insurance Companies.

3. Chubb Group of Insurance Companies retained McCullough & McKenty, P.A.,[1] Daniel L. McKenty, Esquire, Steven F. Mones, Esquire, and Dana Spring Monzo[2], Esquire (formerly Dana M. Spring, Esquire), to provide medical malpractice and 42 U.S.C. § 1983 defense coverage for First Correctional Medical - Delaware, LLC, and its various employees.

4. After the termination of its health care contract with the Delaware Department of Correction, First Correctional Medical - Delaware, LLC ceased operations in the State of Delaware. Although no formal dissolution papers were filed with the State of Delaware, it is the understanding of the undersigned defense counsel that First Correctional Medical - Delaware, LLC, has no assets

5. For all claims arising on or after July 1, 2005, First Correctional Medical - Delaware, LLC, elected to proceed as a self-insured entity. McCullough & McKenty,

---

[1] McCullough & McKenty has dissolved. Mr. McKenty has moved to Heckler & Frabizzio P.A. and Substitutions of Counsel have been filed.

[2] Mr. Mones and Ms. Spring are longer affliated with McCullough and McKenty P.A. nor with Heckler & Frabizzio.

383666/17886

Mr. McKenty, and Ms. Monzo remained counsel for First Correctional Medical - Delaware, LLC, and its employees.

6.  First Correctional Medical Inc., the Arizona-based parent company of First Correctional Medical - Delaware, LLC, funded the defense of lawsuits against First Correctional Medical and its various employees after July 1, 2005.

7.  In October 2006, the undersigned defense counsel for First Correctional Medical - Delaware, LLC, was made aware that First Correctional Medical, Inc., was experiencing severe financial difficulties and could not meet its financial obligations with respect to defense and indemnity costs of lawsuits pending in the State and/or District of Delaware. At that time, First Correctional Medical, Inc., was several months behind on its payments of legal fees to McCullough & McKenty, P.A.

8.  After lengthy conversations and correspondence with Tammy Kastre, M.D. (CEO of First Correctional Medical, Inc.), Michael Johnson (CFO of First Correctional Medical, Inc.), Todd Jackson, Esquire (Arizona Corporate Counsel for First Correctional Medical, Inc.), and Jonathan Rothschild, Esquire (Arizona Financial Counsel for First Correctional Medical, Inc.), McCullough & McKenty, P.A., agreed to continue to represent First Correctional Medical - Delaware, LLC, and its employees, with the understanding that McCullough & McKenty's legal fees would be brought current, a monthly budget would be put in place regarding the continued defense of First Correctional Medical lawsuits, McCullough & McKenty would be kept abreast of any changes to the viability of First Correctional Medical, Inc., and finally that failure to adhere to these requests would result in the withdrawal of McCullough & McKenty, P.A., as counsel for First Correctional Medical - Delaware, LLC, and its employees.

383666/17886

9. Until December 31, 2006, First Correctional Medical, Inc., did its best to bring McCullough & McKenty, P.A., current on its legal bills and actually came within $30,000 of the monies owed.

10. Since January 1, 2007, First Correctional Medical, Inc., has not made any payments to McCullough & McKenty, P.A., despite promising a $30,000 check for past legal services rendered and promising to establish a monthly retainer fund. In July 2007, McCullough & McKenty P.A. dissolved and Mr. McKenty moved to Heckler & Frabizzio. First Correctional Medical has not discussed its intentions with Heckler & Frabizzio. To date, Heckler & Frabizzio, continues to defend First Correctional Medical - Delaware, LLC, and its employees in over (25) twenty-five lawsuits despite being unable to contact First Correctional Medical Inc., officials and being in arrears of legal fees in excess of $50,253.55 owed to McCullough & McKenty and $17,672.00 owed to Heckler & Frabizzio.

11. The undersigned defense counsel has not only attempted to contact officials from First Correctional Medical, Inc, regarding its outstanding fees, but the undersigned counsel has also made numerous attempts to contact officials from First Correctional Medical, Inc., regarding various litigation strategies and the funding of expert fees in defensible cases quickly approaching trial. First Correctional Medical Inc.'s officials have responded to Court Ordered participation in mediation and Court Ordered response to Discovery. Those officials have not discussed their strategy for resolving these cases

12. The undersigned counsel request permission to withdraw as counsel for First Correctional Medical, Dr. Arronburl, Nurse Brenda Holwerda, Nurse Courtney Doe,

383666/17886

Nurse Cindy Doe, and Medical Director. because First Correctional Medical, Inc., has substantially failed to meet its financial obligations to McCullough & McKenty, P.A., and to Heckler & Frabizzio, P.A., and Heckler & Frabizzio cannot sustain the financial burden of funding First Correctional Medical Inc.'s legal defense in the State/District of Delaware. Furthermore, First Correctional Medical cannot be reached for guidance regarding legal strategies and general defense of its cases.

13. Because First Correctional Medical, Inc., is no longer funding the defense of its former employees in lawsuits in the State of Delaware, the former employees may be in a position adverse to First Correctional Medical, Inc. The undersigned counsel submit that they cannot continue the representation of the individually named employees of First Correctional Medical, Inc., as a conflict of interest now exists between the parties.

14. Further, the undersigned requests this Court grant First Correctional Medical a reasonable extension of time to object to service of process as preserved in Defendant's Affirmative Defenses outlines in its answer, obtain new Counsel and respond to discovery.

15. For the abovementioned reasons, the undersigned hereby request that they be permitted to withdraw as counsel for First Correctional Medical Inc., in the above captioned matter.

                 **Heckler & Frabizzio, P.A.**

                 /s/Daniel L. McKenty
                 Daniel L. McKenty, *DE Bar No. 2689*
                 800 Delaware Avenue, Suite 200
                 PO BOX 128

383666/17886

                                                   Wilmington, DE 19899
                                                   Attorney for Defendant

383666/17886

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:04-CV-00201 JJF |
| v. | ) |
| | ) |
| COMMISIONER STAN TAYLOR, BUREAU CHIEF PAUL HOWARD, RICHARD EUGENE SEIFERT, ANTHONY REDNA, IBCC, JOHN RYAN, MIKE LITTLE , JOE HUDSON, MS. HAVEL, CPL. ONEY, WARDEN BETTY BURRIS, BURRIS, DEP. WARDEN MCGUIGAN, MAJOR CUNNIGHAM, CAPT. SAGERS, CAPT. BELANGER, STAFF LT. B. WILLIAMS, STAFF LT. BURTON, LT. SAVAGE, IGC LISE MERSON, SGT EVANS, SGT. MORAN, C/O SGT TYSON, C/O NEAL, QRT1. LT. STANTON C/O GARDELS, LT. HARVEY, LT. SECORD LT. WELCOME, C/O RAINEY, QRT2; JAYME JACKSON, LT. PORTER, CPT. KROMKA; COUNSELOR KROMKA, KRAMER, ZANDA BRIAN ENGRAM, RON, DREAKE, MAJOR HOLMAN, FIRST CORRECTIONAL MEDICAL, DR. ARRONBURL, NURSE BRENDA HOWERDA, NURSE COURTENEY DOE, NURSE CINDY DOE, MEDICAL DIRCTOR, DELAWARE CENTER FOR JUSTICE, SHAKEERAH HAIKAL, CAMILLE PRINGLE) LITTLETON MITCHELL, and FRANK SCARPETTI | ) JURY OF 12 DEMANDED |
| Defendants. | |

## **ORDER**

And now this _____ day of _____, 2008, having considered *Heckler & Frabizzio, P.A., Daniel L. McKenty, Esquire's, Motion to Withdraw* and any opposition thereto, it is HEREBY ORDERED that *Heckler & Frabizzio, P.A., Daniel L. McKenty, Esquire's Motion* is Hereby Granted.

383666/17886

>                                        _____
>                                        J.

**CERTIFICATE OF SERVICE**

383666/17886

I, Daniel L. McKenty, hereby certify that, on February 22, 2008, one copy of defendants, Answer to the Complaint, were served, on the following individuals:

**<u>VIA US MAIL</u>**
Kevin L. Dickens
SBI# 256265
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Eileen Kelly, Esquire
Department of Justice
820 N. French Street
Wilmington, DE, 19801

**<u>VIA US MAIL</u>**
Dr. Tammy Kastre
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

**<u>VIA US MAIL</u>**
Dr. Arronburl
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

**<u>VIA US MAIL</u>**
Nurse Brenda Holwerda
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

**<u>VIA US MAIL</u>**
Nurse Courtney Doe
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

**<u>VIA US MAIL</u>**
Nurse Cindy Doe
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

383666/17886

**<u>VIA US MAIL</u>**
Medical Director
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

                                      **HECKLER & FRABIZZIO**

                                      <u>s/ Daniel L. McKenty</u>
                                      Daniel L. McKenty
                                      Attorney for Defendant
                                      The Corporate Plaza
                                      800 Delaware Avenue, Suite 200
                                      P. O. Box 128
                                      Wilmington, DE  19899-0128
                                      Attorney for Defendants