IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN L. DICKENS,                      :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :  Civil Action No. 04-201-JJF
                                       :
COMMISSIONER STAN TAYLOR,              :
et al.,                                :
          Defendants.                  :

**O R D E R**

At Wilmington this 28th day of February, 2008, having

reviewed the pending motion to withdraw as counsel for defendant,

First Correctional Medical, LLC ("FCM"), and there being no

opposition filed thereto;

IT IS ORDERED that said motion (D.I. 81) is **GRANTED**.

IT IS FURTHER ORDERED that, on or before **April 28,**

**2008**, defendant FCM shall retain new counsel, as a corporation

cannot represent itself.  See Simbraw, Inc. v. United States, 367

F.2d 373 (C.A. PA 1966).  Failure of FCM to timely comply with

this order shall be considered a failure to defend and the court

shall conduct a hearing on **May 21, 2008 at 12:30 p.m.**, to

determine whether judgment (and in what amount) shall be entered

against FCM.

Joseph J Farnan Jr.
UNITED STATES DISTRICT JUDGE