

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

Civil Division

May 14, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

**Re:    Dickens v Taylor, et al.**
       **C.A. No. 04-201-JJF**

Dear Judge Farnan:

On February 28, 2008, Your Honor scheduled a hearing in the above-referenced case, to take place on May 21, 2008 at 12:30 pm. D.I.82. Today, after confirming with the Clerk of Court that the hearing date had not changed, I contacted the Delaware Correctional Center to arrange for inmate Plaintiff Kevin Dickens to be transported to District Court for this hearing. I was then advised that Mr. Dickens is scheduled to stand trial on May 21, 2008 in the New Castle County Superior Court for *State of Delaware v. Dickens*, Super. Ct. Cr. ID No. 07-08003661.

While I cannot speak for Mr. Dickens, I would like to inform this Court that a potential scheduling conflict may arise at next week's hearing. Counsel for the Defendants, however, will be present in District Court on that date and time.

Respectfully submitted,

*/s/Catherine Damavandi*

Catherine Damavandi, I.D. #3823
Deputy Attorney General

CD/bja

cc:    Kevin L. Dickens