IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 04-201 JJF |
| | : |
| COMMISSIONER STAN TAYLOR, | : JURY TRIAL REQUESTED |
| et al., | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, Plaintiff Kevin L. Dickens is appearing in this matter pro se and the Court finds that Plaintiff is unable to afford counsel and, pursuant to 28 U.S.C.A. §1915(e)(1), "[t]he Court may request an attorney to represent any person unable to afford counsel;"

WHEREAS, on February 28, 2008, the Court ordered Defendant First Correctional Medical, Inc. to retain new counsel, and stated that a failure to comply with the Court's Order by May 21, 2008 would be considered a failure to defend (D.I. 82);

WHEREAS, Defendant has not complied with the Court's February 28, 2008 Order;

WHEREAS, during a Hearing to Show Cause held on May 21, 2008, a default judgment against Defendant was entered in open court in this action, and an additional hearing is necessary to determine Plaintiff's damages, if any;

WHEREAS, the Court having determined the procedural

complexity of this case warrants the appointment of counsel for Plaintiff;

WHEREAS, during the Hearing to Show Cause, State Defendants made an application to file an amended answer;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Clerk of this Court shall present this Request for Representation to the Federal Civil Panel of the Court to determine if an attorney is available to represent Plaintiff;

2. The Standing Order of the Court regarding the establishment of the Federal Civil Panel and the provisions of said Order are incorporated herein by reference;

3. State Defendants' application to file an amended answer is **GRANTED**, and State Defendants have ten days within which to filed their amended answer;

4. State Defendants shall provide to Plaintiff and the Court a copy of the State of Delaware's contract with First Correctional Medical-Delaware, LLC.

May 23, 2008

_____
UNITED STATES DISTRICT JUDGE