

|  | **DEPARTMENT OF JUSTICE** |  |
|---|---|---|
| **JOSEPH R. BIDEN, III** | NEW CASTLE COUNTY | |
| ATTORNEY GENERAL | 820 NORTH FRENCH STREET | CIVIL DIVISION (302) 577-8400 |
|  | WILMINGTON, DELAWARE 19801 | FAX: (302) 577-6630 |

Civil Division

June 4, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

**Re:    Dickens v Taylor, et al.**
       **C.A. No. 04-201-JJF**

Dear Judge Farnan:

Pursuant to the Court's Order, enclosed please find a copy of the June 17, 2002 health care services contract between First Correctional Medical – Delaware, LLC and the State of Delaware Department of Correction.

Respectfully submitted,

*/s/Catherine Damavandi*

Catherine Damavandi, I.D. #3823
Deputy Attorney General

cc:    Kevin L. Dickens (w/enclosure)