# SEALED DOCUMENT

**Pursuant to 11 Del. C. §4322**