IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-201-JJF |
| COMMISSIONER STAN TAYLOR, et al., | : |
| Defendants. | : |

### JUDGMENT IN A CIVIL CASE

WHEREAS, the Court held a hearing on May 21, 2008 regarding status of First Correctional Medical and Motion For Daniel McKenty To Withdraw as Attorney;

WHEREAS, during the hearing Daniel McKenty's Motion To Withdraw as Attorney for First Correctional Medical was granted;

WHEREAS, also during the hearing the Court granted entry of Default Judgment against Defendant, First Correctional Medical

NOW THEREFORE, **IT IS ORDERED AND ADJUDGED** this 6th day of June, 2008, that judgment be and is hereby entered in favor of Plaintiff, Kevin L. Dickens and against Defendant, First Correctional Medical with the amount of judgment to be determined.

_____
UNITED STATES DISTRICT JUDGE