IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN L. DICKENS, :<br>:<br>  Plaintiff, :<br>:<br>v. :<br>: C.A. No. 04-00201-LPS<br>COMMISSIONER STAN TAYLOR, et al., :<br>:<br>  Defendants : | |

## MEMORANDUM ORDER

At Wilmington this **5th** day of **April, 2013**:

Having conducted the final pretrial conference in this matter on April 4, 2013, and having heard the representations of the parties with respect to which claims against which Defendants remain in this case, and their proposed clarifications with respect to this Court's April 4, 2013 Memorandum Order (the "Order") regarding same (D.I. 242),

IT IS HEREBY ORDERED THAT:

1. Paragraph 1.b. of the Order is stricken.

2. In light of the parties' agreement at the final pretrial conference, an excessive force claim relating to allegations on October 14, 2003 will proceed to trial against Defendant Gardels.

3. The parties shall meet and confer and submit, by Monday, April 8, 2013, their updated proposal(s) with respect to the number of hours required for presentation by each side at trial.

4. The parties shall meet and confer and submit, by Monday, April 8, 2013, a revised jointly proposed verdict form (marked to show any language still in dispute).

_____
UNITED STATES DISTRICT JUDGE